UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REUBEN WATKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.O. DOAN, *et al*.,<br><br>　　　　Defendants. | Case No. C16-363-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

　　　　Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  By Order dated April 4, 2016, the Court declined to serve plaintiff's complaint and granted leave to amend within thirty (30) days.  Dkt. 28.  On April 25, 2016, plaintiff's mail was returned as undeliverable with the words "Released 4-3-16" marked on the envelope.  Dkt. 33.  On May 18, 2016, the Court issued an Order to Show Cause advising plaintiff that LCR 41(b)(2) provides that "if mail directed to a *pro se* plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."  Dkt. 34 at 1.  The Court directed plaintiff to advise the Court of his current address by no later than June 14, 2016, or his case will be dismissed.  *Id*. at 2.  The Court's Order to Show Cause was also returned by the U.S. Postal Service on May 25, 2016.  Dkt. 35.

REPORT AND RECOMMENDATION
PAGE - 1

Because over sixty days have elapsed since mail directed to plaintiff at his address of record was returned to the court by the Post Office as undeliverable, and plaintiff has not yet notified the Court of his current address, this action is DISMISSED without prejudice for failure to prosecute pursuant to LCR 41(b)(2).  The Clerk of the Court is therefore directed to STRIKE the miscellaneous pending motions, Dkts. 25, 30, 31, and 32, as MOOT.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **August 1, 2016**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 5, 2016.**

DATED this 11th day of July, 2016.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge